[Civil No. 1436.   Filed May 1, 1915.]

[148 Pac. 297.]

PIERREPONT MINOR, Appellant, v. J. R. BROUGHT, Appellee.

APPEAL AND ERROR—DISMISSAL OF APPEAL—GROUNDS—FAILURE TO GIVE NOTICE.—Where the record fails to show that notice of appeal was given in open court and entered on the minutes or by written notice served on the adverse party as required by Civil Code of 1913, paragraph 1234, the supreme court has no jurisdiction of the appeal, and it must be dismissed.

APPEAL from a judgment of the Superior Court of the County of Maricopa. J. C. Phillips, Judge. Appeal dismissed.

Messrs. Sloan & Westervelt, for Appellant.

Mr. C. D. Jamison and Mr. H. W. Clark, for Appellee.

FRANKLIN, J.—The statute provides:

"An appeal shall be taken by the party taking the same giving notice of appeal in open court, which shall be entered in the minutes of the court, or by a written notice which shall be served upon the adverse party or his attorney, and filed with the clerk of the superior court." Paragraph 1234, Civil Code 1913.

It follows from the foregoing provision that, where the notice of appeal is not given in open court, and entered in the minutes of the court, it must be given in writing and served upon the adverse party or his attorney, and filed with the clerk of the court, and the record presented to this court must show, either that the notice of appeal was given in open court and entered in the minutes of the court, or that such notice of appeal was in writing, and was served upon the adverse party or his attorney, and filed with the clerk of the court; else the supreme court has no jurisdiction to entertain the appeal.

Opportunity has been given to appellant to suggest a diminution of the record in respect of giving the statutory

notice, but the same has not been done. The appeal not having been taken as the law directs, this court acquires no jurisdiction, and it must be dismissed.

Appeal dismissed.

ROSS, C. J., and CUNNINGHAM, J., concur.